UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NEQWUAN ROBERSON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TYRONE OLIVER, in his individual capacity, )<br>JAMIE CLARK, in his individual capacity, )<br>AHMED HOLT, in his individual capacity, )<br>TOMMY BOWEN, in his individual capacity, )<br>MARGARET BROWN, in her individual capacity, )<br>KEVIN HARDY, in his individual capacity, )<br>C. GOOCH, in his individual capacity, and )<br>GEORGIA DEPARTMENT OF )<br>CORRECTIONS. )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>_____ |

## NOTICE OF REMOVAL

Defendants file this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, without waiving any defenses available under state and federal law, and in support show the following:

1. On May 9, 2025, Plaintiff filed a civil action in the State Court of Gwinnett County, Georgia styled *Neqwuan Roberson v. Tyrone Oliver, et. al.*, and having the Civil Action No. 25-C-05638-S2 ("the Action"). Attached hereto as Exhibit A is a copy of the state court papers. This includes all process, pleadings, and orders served in the Action, as well as pleadings and orders that were not served.

2. The Action seeks money damages for alleged violations of rights under the Eighth Amendment of the United States Constitution and 42 U.S.C. § 1983, as well as money damages for allegedly tortious conduct under Georgia state law.

3. The Action is a civil rights case and presents a federal question over which this Court has original subject matter jurisdiction under 28 U.S.C. § 1331 and questions of state law over which this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

4. The Action is one that may be removed to this Court under 28 U.S.C. § 1441(a).

5. Defendants Kevin Hardy and C. Gooch were served with and received a copy of the summons and complaint in the Action on May 27, 2025. Defendants Georgia Department of Corrections and Oliver were served with and received a copy of the summons and complaint in the Action on May 29, 2025. Defendants Clark and Holt were served with and received a copy of the summons and complaint in the Action on June 2, 2025. Defendants Bowen and Brown have not yet been served.

WHEREFORE, Defendants move that this Notice of Removal be filed, that the Action be removed to and proceed in this Court, and that no further proceedings be had in the Action in the State Court of Gwinnett County, Georgia.

Respectfully submitted,

| CHRISTOPHER M. CARR | 112505 |
| Attorney General | |

| LORETTA L. PINKSTON-POPE | 580385 |
| Deputy Attorney General | |

| ROGER A. CHALMERS | 118720 |
| Senior Assistant Attorney General | |

| RONALD S. BOYTER, JR. | 073553 |
| Senior Assistant Attorney General | |

*/s/ Ellen Cusimano*
| ELLEN CUSIMANO | 844964 |
| Senior Assistant Attorney General | |

ELLEN CUSIMANO
Senior Assistant Attorney General
State of Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
Telephone: (404) 458-3597
Email: ecusimano@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system and also sent a copy via regular U.S. Mail to the following counsel of record:

ERIC J. HERTZ
ALEX S. HERTZ
Eric J. Hertz, P.C.
8300 Dunwoody Pl. Suite 210
Atlanta, GA 30350

This 13th day of June, 2025.

*/s/ Ellen Cusimano*
ELLEN CUSIMANO     844964
Senior Assistant Attorney General

**EXHIBIT A – PLEADINGS AND PROCESS FROM STATE COURT**